IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00109-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v

2. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

### NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE DEFENDANT

NOW COMES, Scott Poland of Poland and Wheeler, P.C., and hereby enters his appearance on behalf of the defendant, Jesus Adrian Padilla-Echeverria. All future notices and hearing dates should be directed to Scott T. Poland.

Respectfully submitted this 6th day of May 2019,

    Scott Poland
    ATTORNEY AT LAW
    BY: *s/Scott Poland*
    The Law Offices of Poland & Wheeler, PC
    215 S. Wadsworth Blvd., Suite 500
    Lakewood, CO 80226
    Phone 303-969-8300
    Fax 303-986-4857
    e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6th, 2019 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

      Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net