| | |
|---|---|
| <u>DEFENDANT:</u> | LUIS FABIAN ORTIZ |
| <u>AGE/YOB</u>: | 1987 |
| <u>COMPLAINT FILED?</u> | __x____ Yes   _____ No<br>If Yes, MAGISTRATE CASE NUMBER  <u>19-mj-109-NRN</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | _x_ Yes   __ No<br>If No, a new warrant is required |
| <u>OFFENSE(S):</u> | Count One: 21 U.S.C. 846 (narcotics conspiracy)<br>Count Three: 21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) (distribution and possession with intent to distribute narcotics) |
| <u>LOCATION OF OFFENSE:</u> | El Paso County, CO |
| <u>PENALTY:</u> | Counts One and Three: NLT 10 years' imprisonment; NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years' SR; NMT life SR; $100 SA |
| <u>AGENT:</u> | DEA SA Jason Del Toro |
| <u>AUTHORIZED BY:</u> | AUSA David Tonini<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.