IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

**UNOPPOSED MOTION TO CLARIFY ORDER GRANTING DEFENDANT ZAVALA-ACOSTA'S UNOPPOSED MOTION TO EXCLUDE TIME FOR THE ENDS OF JUSTICE**

The defendant, Jesus Padilla-Echeverria, ("Mr. Padilla"), by and through counsel, Scott Poland of Poland and Wheeler, P.C., files this Unopposed Motion to Clarify Order Granting Defendant Zavala-Acosta's Unopposed Motion to Exclude Time for Ends of Justice and as grounds for this motion states as follows.

1. On May 20, 2019, Defendant, Luis Rene Zavala-Acosta filed an Unopposed Motion to Exclude Time for Ends of Justice (Doc. # 52).

2. On May 24, 2019, this Court entered an Order Granting Defendant's Unopposed Motion to Exclude Time for the End of Justice, (Doc. # 53). The Order provides in pertinent part as follows: ORDERED that Defendant's Unopposed Motion to Exclude Time for The Ends of Justice (Doc. # 52) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at **July 17, 2019.**</u> It is FURTHER ORDERED that pretrial motions are due by **September 25, 22019.** Responses are due by **October 9, 2019.** If counsel believes that an

1

evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing. It is FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **June 26, 2019**, is VACATED and RESET to **October 23, 2019, at 3:00 PM.** It is FURTHER ORDERED **that the five-day** jury trial set to begin on **July 8, 2019,** is VACATED and RESET to **November 4, 2019 at 8:30 AM.**

3. Defendant Padilla files this motion seeking clarification that the Court's Order of May 24, 2019 applies to all Co-Defendants in this case.

    18 U.S.C. § 3161(h)(6) provides as follows: "The following periods of delay shall be excluded in computing the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence": (6) "A reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted".

4. Since none of the defendants in this case have been severed from Mr. Zavala-Acosta, the above referenced section provides that the Court's Ends of Justice continuance would apply to all defendants not just Zavala-Acosta.

Wherefore, Mr. Padilla moves for an Order clarifying that this Court's Order of May 24, 2019 applies to all defendants in this case and that 120 days shall be excluded from the speedy trial clock as to all defendants.

2

Respectfully submitted this 10th day of June 2019,

    Scott Poland
    ATTORNEY AT LAW
    BY: *s/Scott Poland*
    The Law Offices of Poland & Wheeler, PC
    215 S. Wadsworth Blvd., Suite 500
    Lakewood, CO 80226
    Phone 303-969-8300
    Fax 303-986-4857
    e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 10th, 2019 I electronically filed the foregoing **UNOPPOSED MOTION TO CLARIFY ORDER GRANTING DEFENDANT ZAVALA-ACOSTA'S UNOPPOSED MOTION TO EXCLUDE TIME FOR THE ENDS OF JUSTICE** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

    Scott Poland
    ATTORNEY AT LAW
    BY: *s/Scott Poland*
    The Law Offices of Poland & Wheeler, PC
    215 S. Wadsworth Blvd., Suite 500
    Lakewood, CO 80226
    Phone 303-969-8300
    Fax 303-986-4857
    e-mail: scottpoland@qwestoffice.net