IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

## UNOPPOSED MOTION TO EXTEND MOTIONS' DEADLINE TO OCTOBER 7, 2019

Defendant, Jesus Padilla-Echeverria, ("Mr. Padilla"), by and through counsel, Scott Poland of Poland and Wheeler, P.C., hereby files the below Unopposed Motion to Extend the Motions' Deadline to October 7, 2019, and in support thereof, states as follows.

1. Pretrial Motions are currently due September 25, 2019.

2. The parties have discussed a plea disposition in this case; however, undersigned counsel needs additional time to discuss the plea negotiations with Mr. Padilla who is currently in the Special Housing Unit at FCI Englewood which has delayed and complicated meeting with his client. The extension request will provide counsel with necessary time to meet with his client.

3. A co-defendant in this case has filed a motion for a 10-day extension of time to the motion's deadline. Doc. 61. Because that 10-day extension would fall on a Saturday, undersigned counsel requests extending his pretrial motions deadline to October 7, 2019.

1

4. Undersigned counsel has conferred with Assistant United States Attorney, Ms. Andrea Surratt, who does not oppose this motion.

Wherefore, this unopposed motion should be granted, and the motions' deadline should be extended to October 7, 2019.

Respectfully submitted this 24th day of September 2019,

                                       Scott Poland
                                       ATTORNEY AT LAW
                                       BY: *s/Scott Poland*
                                       The Law Offices of Poland & Wheeler, PC
                                       215 S. Wadsworth Blvd., Suite 500
                                       Lakewood, CO 80226
                                       Phone 303-969-8300
                                       Fax 303-986-4857
                                       e-mail: scottpoland@qwestoffice.net


## CERTIFICATE OF SERVICE

I hereby certify that on September 24th, 2019 I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND MOTIONS' DEADLINE TO OCTOBER 7, 2019** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

                                       Scott Poland
                                       ATTORNEY AT LAW
                                       BY: *s/Scott Poland*
                                       The Law Offices of Poland & Wheeler, PC
                                       215 S. Wadsworth Blvd., Suite 500
                                       Lakewood, CO 80226
                                       Phone 303-969-8300
                                       Fax 303-986-4857
                                       e-mail: scottpoland@qwestoffice.net