IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

**v**

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

---

### DEFENDANT JESUS PADILLA-ECHEVERRIA'S NOTICE OF DISPOSITION

---

Defendant, Jesus Padilla-Echeverria, by his counsel, Scott Poland of Poland & Wheeler, P.C., and hereby respectfully gives notice that Mr. Padilla-Echeverria and the Government have reached a disposition in this case. Counsel moves to withdraw any unresolved pending motions and requests that the parties be allowed to schedule a Change of Plea hearing.

Respectfully submitted this 10th day of October 2019,

Scott Poland
ATTORNEY AT LAW
BY:  *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10th, 2019 I electronically filed the foregoing **DEFENDANT JESUS PADILLA-ECHEVERRIA'S NOTICE OF DISPOSITION** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net