IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

### UNOPPOSED MOTION TO RESCHEDULE CHANGE OF PLEA HEARING

Defendant, Jesus Padilla-Echeverria, ("Mr. Padilla"), by and through counsel, Scott Poland of Poland and Wheeler, P.C., moves this Court for an Order re-scheduling the Change of Plea hearing currently set for October 23, 2019 at 3:00pm, and as grounds for this motion states as follows:

1. Mr. Padilla is presently set for Change of Plea hearing on October 23, 2019 at 3:00pm. On October 10, 2019 Mr. Padilla, through counsel filed a signed and dated Plea Agreement and signed and dated Statement in Advance of Plea, indicating Mr. Padilla is in complete agreement with the terms of the Plea Agreement after a thorough advisement of his rights. Undersigned counsel does not anticipate any difficulties or delay at the Change of Plea hearing.

2. In 18JV928, Jefferson County District Court, State of Colorado, undersigned counsel represents a party to that case. Due to circumstances beyond anyone's control a jury trial had to be scheduled for October 23, 2019, the same day as the Change of Plea hearing is scheduled in this case, or jurisdiction would be lost in 18JV928. Under these dire procedural constraints, undersigned counsel was

1

    compelled to accept October 23, 2019 as a trial date.  It should be noted 18JV928 has been continued on at least two prior occasions and should it not be tried before November 8th, 2019 the case would be dismissed with prejudice, which would not be in the interest of justice.

3. There have been no prior requests to continue this Change of Plea hearing.

4. Trial in this matter is set for November 4, 2019.

5. On October 10, 2019, Mr. Padilla filed a Notice of Disposition which tolls Speedy Trial.

6. Undersigned counsel has conferred with the Assistant United States Attorney, Andrea Surratt, who has indicated she does not object to this request as long as the trial date is vacated or if the Court is able to accommodate a date sooner than October 25, 2019 for Change of Plea. Mrs. Surratt also indicated she will be in trial on another matter from October 25, 2019 to October 31, 2019 and unavailable from November 4, 2019 to November 13, 2019.

Wherefore, Mr. Padilla requests the Change of Plea hearing currently scheduled for October 23, 2019 be rescheduled.

Respectfully submitted this 11th day of October 2019,

                                                 Scott Poland
ATTORNEY AT LAW
BY:  *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 11th, 2019 I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE CHANGE OF PLEA HEARING** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 Scott Poland
ATTORNEY AT LAW
BY:  *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net