IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

---

**DEFENDANT'S RESPONSE/OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT**

---

Defendant, Jesus Padilla-Echeverria, ("Mr. Padilla"), by and through his attorney, Scott Poland of Poland and Wheeler, P.C., hereby files this Response/Objection to the Presentence Investigation Report, and in support thereof he states as follows:

**Introduction**

1. The Probation Office for the United States District Court, District of Colorado, issued its Presentence Investigation Report, ("PSR") as to Mr. Padilla-Echeverria on November 25th, 2019.  (Doc. # 95).

2. Mr. Padilla-Echeverria wishes to correct the following error in the PSR: The correct age for Mr. Padilla-Echeverria's sibling, Carlos Alberto Padilla-Echeverria is 19 not 29 (PSR paragraph 55).

1

Respectfully submitted this 12th day of December 2019.

Scott Poland
ATTORNEY AT LAW
BY: /s/Scott Poland
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 17th, 2019, I electronically filed the foregoing
**DEFENDANT'S RESPONSE/OBJECTION TO PRESENTENCE INVESTIGATION REPORT**
with the Clerk of the Court using the CM/ECF system which will send notification of such filing:

/s/ Scott Poland
Attorney at Law
Poland and Wheeler, P.C.
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: (303) 969-8300
Fax: (303) 986-4857
E-Mail: scottpoland@qwestoffice

2