IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Jesus Padilla-Echeverria, ("Mr. Padilla"), by and through his Attorney, Scott Poland of Poland and Wheeler, P.C., moves for an Order continuing the Sentencing hearing presently set for January 8, 2020 at 4:00 p.m., and as grounds for this motion states as follows:

1. On October 17, 2019, Mr. Padilla entered a Plea of Guilty to Count 4 of the Indictment which charges a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (distribution and possession with intent to distribute 500 grams and more of methamphetamines and one kilogram and more of heroin). At the conclusion of the Change of Plea hearing a Sentencing hearing was set for January 8, 2020.

2. As part of his preparation for sentencing, undersigned counsel, ("counsel") met with his client, aided by a Spanish interpreter, at the Washington County, Colorado jail on December 11, 2019. During that meeting, counsel was informed of the existence of certain potentially relevant medical records in the possession of Mr. Padilla's family member's in Guasave, Sinaloa, Mexico. Counsel believes

1

these records are potentially important for the Court to consider in ruling on a Motion for Variance, which counsel is presently drafting, as counsel believes these records directly relate to one or more of the 18 U.S.C. 3553(a) factors the Court will consider in tailoring an appropriate sentence for Mr. Padilla.

3. Despite counsel's diligence, he has been unable to obtain these records in time for the 14-day deadline, prior to Sentencing, for filing a Motion for Variant Sentence; on or before December 25, 2019.  With additional time, counsel believes these important medical records will be produced and made available.

4. Counsel has conferred with Assistant United States Attorney, Andrea Surratt, who has stated she does not object to the request for a continuance of the January 8, 2020 Sentence hearing.

Wherefore, Mr. Padilla moves for an Order continuing the January 8, 2020 Sentencing hearing.

Respectfully submitted this 19th day of December 2019.

Scott Poland
ATTORNEY AT LAW
BY:  /s/Scott Poland
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 19th, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing:

/s/ Scott Poland
Attorney at Law
Poland and Wheeler, P.C.
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: (303) 969-8300
Fax: (303) 986-4857
E-Mail: scottpoland@qwestoffice