IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **19-cr-227-CMA**

UNITED STATES OF AMERICA,

Plaintiff,

**v**

2. JESUS ADRIAN PADILLA-ECHEVERRIA,

Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE AS COUNSEL FOR THE DEFENDANT**

---

NOW COMES, Scott Poland of Poland and Wheeler, P.C., and hereby enters his appearance on behalf of the defendant, Jesus Adrian Padilla-Echeverria. All future notices and hearing dates should be directed to Scott T. Poland.

Respectfully submitted this 29th day of January 2020,

                                                  Scott Poland
                                                  ATTORNEY AT LAW
                                                  BY: _s/Scott Poland_
                                                  The Law Offices of Poland & Wheeler, PC
                                                  215 S. Wadsworth Blvd., Suite 500
                                                  Lakewood, CO 80226
                                                  Phone 303-969-8300
                                                  Fax 303-986-4857
                                                  e-mail: scottpoland@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 29th, 2020 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net