IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

## CORRECTED MOTION TO RESTRICT

The Defendant, Jesus Adrian Padilla-Echeverria, by and through his court appointed counsel, Scott Poland of Poland and Wheeler, P.C., respectfully moves to restrict Document No. 159 and 160 as well as any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. Counsel requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties and Court" only.  Respectfully submitted this 23rd day of March 2020

 Respectfully submitted this 23rd day of March 2020.

          Scott Poland
          ATTORNEY AT LAW
          BY: /*s/Scott Poland*
          The Law Offices of Poland & Wheeler, PC
          215 S. Wadsworth Blvd., Suite 500
          Lakewood, CO 80226
          Phone 303-969-8300
          Fax 303-986-4857
          e-mail: scottpoland@qwestoffice.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2020, I electronically filed the foregoing **CORRECTED MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing:

/s/ Scott Poland
Attorney at Law
Poland and Wheeler, P.C.
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: (303) 969-8300
Fax: (303) 986-4857
E-Mail: scottpoland@qwestoffice
