IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.   JESUS ADRIAN PADILLA-ECHEVERRIA,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 162 AND BRIEF IN SUPPORT OF MOTION TO RESTRICT**
_____

The United States of America, by District of Colorado United States Attorney Jason R. Dunn, through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict Document No. 162, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 26th day of March, 2020.

                          Respectfully submitted,

                          JASON R. DUNN
                          United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov