IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JESUS ADRIAN PADILLA-ECHEVERRIA,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS AS TO DEFENDANT JESUS ADRIAN PADILLA-ECHEVERRIA

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant JESUS ADRIAN PADILLA-ECHEVERRIA in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

1.    On October 17, 2019, the defendant pled guilty to Count Four of the Indictment (Dkt #87) pursuant to the terms enumerated in a written plea agreement (Dkt #88). Sentencing is scheduled for April 9, 2020.

2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the Indictment as to this defendant. Specifically, the Government moves to dismiss Counts One and Two of the Indictment as to PADILLA-ECHEVERRIA.

3.       The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of the Indictment as to defendant JESUS ADRIAN PADILLA-ECHEVERRIA at the time of sentencing in the above-captioned matter.

Respectfully submitted this 26th day of March, 2020.

        JASON R. DUNN
        United States Attorney


By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov