IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JESUS ADRIAN PADILLA-ECHEVERRIA,

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant JESUS ADRIAN PADILLA-ECHEVERRIA in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On October 17, 2019, the defendant pled guilty to Count Four of the Indictment (Dkt #87) pursuant to the terms enumerated in a written plea agreement (Dkt #85).  Sentencing is scheduled for April 9, 2020.

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

1

3. The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant JESUS ADRIAN PADILLA-ECHEVERRIA.

Respectfully submitted this 26th day of March, 2020.

JASON R. DUNN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail: Andrea.Surratt@usdoj.gov