IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v

3. **JESUS ADRIAN PADILLA-ECHEVERRIA**

Defendant.

---

**NOTICE REGARDNG DEFENDANT'S REQUEST TO APPEAR IN PERSON FOR THE AUGUST 7, 2020 SENTENCING HEARING AND NO OBJECTION TO RESCHEDULIING THE HEARING FOR A LATER DATE IN LIGHT OF THE COVID-19 HEALTH CONCERN**

---

The Defendant, Jesus Adrian Padilla-Echeverria, ("Mr. Padilla"), by and through his court appointed counsel, Scott Poland of Poland and Wheeler, P.C., and gives Notice of his wish to appear in person for the Sentencing Hearing and to inform the Court he does not object to rescheduling the August 7, 2020 Sentencing Hearing to a later date.

As grounds for this notice, Mr. Padilla states as follows:

1. A Sentencing Hearing is presently set for August 7th, 2020 at 10:00 AM.

2. On July 7, 2020, this Honorable Court issued an Order directing defense counsel to confer with his client to determine if he wishes to waive his right to be physically present at the August 2020 Sentencing Hearing or appear instead by video conference. (Doc. 179).

3. On July 16, 2020 defense counsel conferred with Mr. Padilla regarding his wishes. Mr. Padilla indicates a desire to appear in person for the Sentencing Hearing, however, Mr. Padilla also expressed he did not object to the Sentencing

1

Hearing being rescheduled to a later date in September or October 2020 to address the health concerns raised by COVID-19.

**WHEREFORE,** Mr. Padilla gives Notice of his wish to appear in person for the Sentencing Hearing and no objection to rescheduling the hearing.

Respectfully submitted this 20th day of July 2020,

<div style="margin-left:auto;">

Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2020 I electronically filed the foregoing **NOTICE REGARDNG DEFENDANT'S REQUEST TO APPEAR IN PERSON FOR THE AUGUST 7, 2020 SENTENCING HEARING AND NO OBJECTION TO RESCHEDULIING THE HEARING FOR A LATER DATE IN LIGHT OF THE COVID-19 HEALTH CONCERN** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Scott Poland
ATTORNEY AT LAW
BY:  *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net

3